IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| TERRELL DESEAN FISHER | : | VIOLATIONS: 18 U.S.C. § 922(o) (possession of a machinegun – 1 count) |
| | : | 26 U.S.C. § 5861(d) (possession of a non-registered machine gun - 1 count) |
| | : | 18 U.S.C. § 922(g)(l) (possession of a firearm and ammunition by a felon – 1 count) |
| | : | Notice of forfeiture |

# INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about April 10, 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**TERRELL DESEAN FISHER**

knowingly possessed a machinegun, as defined by Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(a)(6) and (b), that is, three machinegun conversion devices intended for use in converting a semiautomatic Glock pistol to fire automatically.

In violation of Title 18, United States Code, Section 922(o).

1

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 10, 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**TERRELL DESEAN FISHER**

knowingly possessed a machinegun, as defined in Title 18, United States Code, Section 921(a)(23), and Title 26, United States Code, Section 5845(a)(6) and (b), that is, three machinegun conversion devices intended for use in converting a semiautomatic Glock pistol to fire automatically, not registered to the defendant in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Section 5841.

In violation of Title 26, United States Code, Sections 5845(a)(6), (b), 5861(d), and 5871.

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 10, 2019, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**TERRELL DESEAN FISHER**

knowing he had previously been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is, at least one of the following: three machinegun conversion devices intended for use in converting a semiautomatic Glock pistol to fire automatically; and 22 live rounds of 9mm ammunition, and the firearm and ammunition was in and affecting interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

THE GRAND JURY FURTHER CHARGES THAT:

As a result of the violations of Title 18, United States Code, Sections 922(g)(1), 922(o), and Title 26, United States Code, Section 5861(d) set forth in this indictment, defendant

**TERRELL DESEAN FISHER**

shall forfeit to the United States of America the firearms and ammunition involved in the commission of these offenses, including, but not limited to:

1. three machinegun conversion devices intended for use in converting a semiautomatic Glock pistol to fire automatically;

2. Twenty-two rounds of 9mm ammunition

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**

4